UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIJA STONE

v.                                                              CASE NO: 8:05-CV-636-T-30TBM

GEICO GENERAL INSURANCE
COMPANY
_____/

## ORDER OF REFERRAL

**THIS COURT** has for its consideration the Defendant's Motion to Restrict Plaintiff's Ex Parte Communications with Former and Current Employees (Dkt. #16). The Court hereby refers the Motion to Magistrate Judge Thomas B. McCoun for disposition of same. The Court requests that the Magistrate Judge dispose of the Motion(s) as expeditiously as possible.

**DONE** and **ORDERED** in Tampa, Florida on October 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Magistrate Judge Thomas B. McCoun
Counsel/Parties of Record

F:\Docs\2005\05-cv-636.mag referral.wpd