UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIJA STONE,

        Plaintiff

vs.

                                                          CASE NO.  8:05-cv-636-T-30TBM

GEICO GENERAL INSURANCE
COMPANY,

        Defendant
_____/

## DECLARATION OF KATHRYN S. PISCITELLI

1.  I am co-counsel for Plaintiff in the above-captioned case and I submit this declaration in support of Plaintiff's Petition for Attorneys' Fees.

2.  I am a 1983 graduate of Duquesne University School of Law.

3.  I was admitted to the Florida Bar in 1983.

4.  I am a member in good standing of the bar of the United States District Court of the Middle District of Florida and the United States Court of Appeals for the Eleventh Circuit.

5.  I have been Board Certified in Labor and Employment Law by the Florida Bar since 2001.

6. I have devoted my professional life to labor and employment law.  I was employed fifteen years with law publisher Commerce Clearing House, Inc. ("CCH"), where I edited and wrote labor and employment law publications. During my tenure at CCH, I served as Principal Analyst for CCH's labor and employment publications and manager of the *CCH Employment Practices Guide* and other employment law publications. In 1998, I joined Egan, Lev & Siwica, P.A. in Orlando, Florida, where for more than a decade I represented employees and unions in litigation, arbitrations, and administrative proceedings. In 2008, I joined Harris and Helwig, P.A., in Lakeland, Florida,

where I have concentrated my practice on representing employees in litigation and administrative proceedings.

7. My reported cases include *Service Employees International Union, Local 16 v. Public Employees Relations Commission,* 752 So. 2d 569 (Fla. 2000); and *Bass v. Board of County Commissioners, Orange County, Florida*, 256 F.3d 1095 (11th Cir. 2001). Other notable cases of mine include *Freytes-Torres v. City of Sanford, Fla.*, 2008 WL 763216, 102 Fair Empl.Prac.Cas. (BNA) 1779 (11th Cir. 2008); and *Strauss v. Rent-A-Center, Inc.*, 2006 WL 1914219, 88 Empl. Prac. Dec.  (CCH) ¶ (11th Cir. 2006).

8. I am active in the national and Florida chapters of the National Employment Lawyers Association (NELA). Presently, I am Vice President of the Florida Chapter of NELA. I am also Chair of NELA's USERRA Team.

9. I am co-author (with Edward Still) of *The USERRA Manual: Uniformed Services Employment & Reemployment Rights* (West 2009).

10.  My fee rate of  $350.00 per hour is well within the range charged by attorneys of comparable skill, experience and reputation within the Middle District of Florida.

11. I have carefully reviewed the attached time records showing my time expended in this case. I am identified as "KP" in the time records. These records accurately reflect the time I have expended up to November 5, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

**/s/Kathryn S. Piscitelli**             **November 19, 2009**
KATHRYN S. PISCITELLI