UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIJA STONE,

    Plaintiff,

v.                                    Case No. 8:05-cv-636-T-30TBM

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #145). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation and Joint Motion for Dismissal With Prejudice (Dkt. #145) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 15, 2009.

                                              JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-636.dismissal.wpd